

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00183-CV

**IN RE** David E. **ZAPATA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: April 8, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On March 30, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI23884, styled *Christopher Sean Miller and Christy Miller v. David E. Zapata*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.